AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>ABRAHAM VILCHIS-DELACRUZ,<br>a/k/a "Javier Tobilla-Cruz"<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br>18-8276-DLB |

FILED by ____ D.C.
JUN 1 3 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 5, 2018__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1546(a) | Possession of a false and counterfeit document required for entry into the United States and required as evidence of an authorized stay or employment in the United States |

This criminal complaint is based on these facts:

Please see the affidavit of U.S. Border Patrl Agent John R. Jones II, which is attached hereto and incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

John R. Jones II, U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/13/2018

_____
*Judge's signature*

City and state: West Palm Beach, FL    Hon. Dave Lee Brannon, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, John R. Jones II, being duly sworn, do solemnly swear and state that:

1. I am a Border Patrol Agent ("BPA") for the U.S. Department of Homeland Security, United States Border Patrol ("USBP"), and have served in that position for nine (9) years. I am currently assigned to the West Palm Beach Border Patrol Station in Riviera Beach, Florida. I have received specialized training regarding the investigation and enforcement of United States Immigration Laws. In the capacity of a Border Patrol Agent, I am charged with enforcing federal administrative (Immigration) and criminal laws under Titles 8, 18, 19, and 21 of the United States Code. As a federal law enforcement officer, I have the authority to make arrests, execute search warrants, and take sworn statements.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. The information set forth in this affidavit is not intended to detail each and every fact and circumstance of the investigation known by me or other law enforcement personal. Rather, this affidavit serves solely to establish that there is probable cause that Abraham VILCHIS-DELACRUZ, also known as "Javier Tobilla-Cruz," hereinafter referred to as the defendant, committed the criminal offense of possession of a false and counterfeit document required for entry into the United States and required as evidence of an authorized stay and employment in the United States, in violation of Title 18, United States Code, Section 1546(a).

# PROBABLE CAUSE

3. On or about, May 5, 2018, the Jupiter Police Department ("JPD"), responded to a domestic violence call in the 800 block of Center St., Jupiter, Florida within Palm Beach County and the Southern District of Florida. The defendant was subsequently arrested for domestic violence and transported to the Palm Beach County Jail, in West Palm Beach, Florida. While

1

inventorying property, law enforcement located what appeared to be a Permanent Resident Alien Card ("LAPR") and Social Security card in the defendant's wallet, bearing the name of Javier TOBILLA-Cruz with a date of birth (d.o.b.) of 06/30/**, and an alien registration number of A609-128-***. The LAPR card bore a photograph of the defendant; however, at the time of arrest the defendant produced other identification under the name of VILCHIS. I know from my training and experience that these are documents prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States.

4. Record checks on the alien resident card of A609-128-***, returned indicating that there was no record found, meaning that this number is not a valid alien registration number. Under the Social Security number of 056-58-****, this returned to another person with the initials "D.A.S.," a citizen of the United States.

5. On May 10, 2018, a U.S. Border Patrol Agent responded to the Jupiter Police Department and recovered the suspected fraudulent documents. The agent examined the documents and based on his experience and training, he believed that they were fraudulent, as they lacked the known security features, as well as failing to properly return when run through the Department of Homeland Security databases.

6. The U.S. Border Patrol processed the documents as evidence completing CBP Form 6051, and secured the documents in a CBP evidence bag. The documents were then sent to the Immigration and Customs Enforcement ("ICE"), Forensic Document Laboratory ("FDL"). The examination returned indicating that the resident alien card A609-128-*** and Social Security card 056-58-**** were in fact fraudulent reproductions of United States issued government documents.

7.     Based on the foregoing, I respectfully submit there is probable cause to believe that Abraham VILCHIS-Delacruz, also known as "Javier Tobilla-Cruz," committed the criminal offense of possession of a false and counterfeit document required for entry into the United States and required as evidence of an authorized stay and employment in the United States, in violation of Title 18, United States Code, Section 1546(a).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

JOHN R. JONES, II
UNITED STATES BORDER PATROL

SWORN TO AND SUBSCRIBED BEFORE
ME THIS 13TH DAY OF JUNE, 2018, IN
CHAMBERS AT WEST PALM BEACH,
FLORIDA.

**HON. DAVE LEE BRANNON**
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Misc. No. 18-8276-DLB

UNITED STATES OF AMERICA

v.

ABRAHAM VILCHIS-DELACRUZ,
    a/k/a "Javier Tobilla-Cruz,"

        Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

    Respectfully submitted,

    BENJAMIN G. GREENBERG
    UNITED STATES ATTORNEY

BY: _____
    ALEXANDRA CHASE
    ASSISTANT UNITED STATES ATTORNEY
    District Court No. A5501746
    500 South Australian Avenue, Suite 400
    West Palm Beach, Florida 33401
    Tel: (561) 209-1011
    Fax: (561) 659-4526
    alexandra.chase@usdoj.gov